**Order entered November 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00945-CV

### JEANETTE L. JOHNSON, Appellant

### V.

### U-HAUL CORP OF TEXAS/U-HAUL CORP/DBA: U-HAUL MOVING AND STORAGE OF CEDAR HILL, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07764**

## ORDER

This is an interlocutory appeal from the trial court's order compelling arbitration. A determination of our jurisdiction over this appeal is currently pending.

Before the Court is appellant's November 12, 2018 motion to recuse the Honorable Tonya Parker, Presiding Judge of the 116th Judicial District Court. Texas Rule of Civil Procedure 18a requires that motions to recuse a trial court judge be filed with the clerk of the trial court. *See* TEX. R. CIV. P. 18a. Accordingly, we **DENY** the motion.

We **DIRECT** the Clerk of the Court to send a copy of this order to Judge Parker and the parties.

/s/     DAVID EVANS
JUSTICE